**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Date: June 12, 2013

Courtroom Deputy: Kathleen Finney
Court Reporter: Tracy Weir
Interpreter: Jack Mudry
Probation Officer: Patrick Lynch

**Criminal Action No. 12-cr-00428-REB**

*Parties:*  *Counsel:*

UNITED STATES OF AMERICA,  Kirsten Sinclair

    Plaintiff,

v.

UMBERTO LUNA-SOTO,  Brian Leedy
    a/k/a Carlos Roberto Lopez-
    Castillo

    Defendant.

**SENTENCING MINUTES**

**10:06 a.m.    Court in session.**

Appearances of counsel.

Defendant is present in custody.

Interpreter is sworn; parties stipulate as to interpreter's qualifications.

Court's opening remarks.

Pursuant to 18 U.S.C. § 3552 and Fed. R. Crim. P. 32, the Probation Department has

conducted a presentence investigation and has filed a presentence report and addendum.

Counsel for the government confirms that counsel has read the presentence report and addendum.

Counsel for the defendant informs the court that counsel has read and discussed the presentence report and addendum with the defendant.

> **IT IS ORDERED** as follows:
>
> 1. That the oral motion of the defendant to withdraw the **Objection to Presentence Investigation Report** [#26] filed May 29, 2013 is **granted**; the **Objection to Presentence Investigation Report** [#26] is **WITHDRAWN**.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, comments on the probation officer's sentencing guideline applications and calculations, and comments on matters relating to the appropriate sentence.

Defendant is sworn.

Statement by the defendant.

Statement by counsel for the government.

The court makes a sentencing statement pursuant to 18 U.S.C. § 3553(c) and enters findings of fact, conclusions of law, judgment of conviction, sentence, and orders.

> **IT IS FURTHER ORDERED** as follows:
>
> 2. That the plea agreement of the parties as presented in Court's Exhibits 1 and 2 is formally approved;
>
> 3. That the **Motion for a Variant Sentence** [#27] filed May 29, 2013 is **DENIED**;
>
> 4. That judgment of conviction under Fed. R. Crim. P. 32(k) is entered on Count 1 of the Indictment;
>
> 5. That pursuant to the Sentencing Reform Act of 1984, it is the judgment and sentence of this court that the defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of **fifty-one (51) months**;

6. That no term of supervised release is imposed; however, the defendant is advised that if he enters, remains, or is found in the United States illegally, or if he possesses illegally a controlled substance, or if he possesses or uses any firearm, destructive device, or dangerous weapon, he may be subject to further prosecution in federal court;

7. That no fine is imposed;

8. That the defendant shall pay forthwith a special victim's fund assessment fee of $100.00;

9. That the mandatory drug-testing provisions of 18 U.S.C.. § 3583(d) are waived;

10. That presentence confinement credit shall be determined by the Bureau of Prisons under 18 U.S.C. § 3585;

11. That this court recommends that the Bureau of Prisons designate the defendant to the federal correctional institution in Texarkana, Texas; and

12. That the defendant is remanded to the custody of the United States Marshal.

Parties state they have no objections to the sentence imposed.

The defendant waives formal advisement of appeal.

**10:58 a.m.    Court in recess.**

Total time in court: 00:52

Hearing concluded.